**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court on the **Government's Motion To Clarify Description in Prior Filings of HP Pavillion Computer Seized Under Search Warrant (Docs 102, 148)** [#205][2] filed October 12, 2011. The motion is **GRANTED**.

Dated: October 12, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#205]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).