IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendant.

---

## MINUTE ORDER[1]

---

On October 19, 2011, the court conducted a telephonic setting conference to reset the hearing on the government's **Application Under The All Writs Act Requiring Defendant Fricosu To Assist in the Execution of Previously Issued Search Warrants** [#111] filed May 6, 2011. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **November 1, 2011**, commencing at 1:30 p.m., the court shall conduct an evidentiary hearing on government's **Application Under The All Writs Act Requiring Defendant Fricosu To Assist in the Execution of Previously Issued Search Warrants** [#111] filed May 6, 2011. The court reserves the remainder of the day for this hearing.

    Dated: October 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.