# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
    a/k/a Michael Scott Smith,
    a/k/a Scott Vasadi, and
2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendants.

## MINUTE ORDER[1]

At the oral request of the government, the telephonic setting conference set for January 12, 2012, at 10:00 a.m., is **VACATED** and is **CONTINUED** to **January 18, 2012**, at 10:00 a.m. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: January 10, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.