# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendant.

# ORDER

**Blackburn, J.**

    The matter is before me *sua sponte* on **Ms. Fricosu's Motion To Reconsider 23 January 2012 Order** [#266][1] filed February 27, 2012. I deny the motion without prejudice and vacate my **Minute Order** [#267].

    The chronology of relevant events is as follows. On January 23, 2012, I entered an order [#247] requiring Ms. Fricosu, *inter alia*, to provide an unencrypted copy of the hard drive to her laptop computer to the government. Ms. Fricosu asked me to stay my order. I denied her request by order [#257] entered February 3, 2012. Ms. Fricosu sought to appeal my order [#247]. The United States Court of Appeals for the Tenth Circuit denied the request of Ms. Fricosu to appeal and to stay my order [#247]. Finally, on February 27, 2012, Ms. Fricosu filed her motion to reconsider [#266].

---

[1] "[#266]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

My immediate reaction to the filing of the motion to reconsider was to allow the government an opportunity to respond. Thus, I entered my **Minute Order** [#267] on February 27, 2012.

However, my subsequent review of the motion to reconsider causes me to conclude that the motion is absolutely devoid of argument. Instead, the motion presumptiously asserts and concludes that I should reconsider and reverse my order [#247] on the basis of an opinion recently entered by the United States Court of Appeals for the Eleventh Circuit. The motion is tantamount to a request that I do the work of the movant; I will not. Additionally, I will not require the government to prepare a response to such an underdeveloped and incomplete motion.

.. **THEREFORE, IT IS ORDERED** as follows:

1. That **Ms. Fricosu's Motion To Reconsider 23 January 2012 Order** [#266] filed February 27, 2012, is **DENIED** without prejudice; and

2. That the **Minute Order** [#267] filed on February 27, 2012, is **VACATED**.

Dated March 1, 2012, at Denver, Colorado.

                                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge