**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
    a/k/a Michael Scott Smith,
    a/k/a Scott Vasadi, and
2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendants.

## MINUTE ORDER[1]

On **July 19, 2012**, commencing at 9:00 a.m., the court shall conduct a status hearing in this matter. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Whatcott's appearance for this hearing.

    Dated: July 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.