**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
    a/k/a Michael Scott Smith,
    a/k/a Scott Vasadi, and
2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendants.

---

## MINUTE ORDER[1]

---

    At the oral request of the parties, the status hearing set for both defendants on July 19, 2012, at 9:00 a.m., is **VACATED** and is **RESET** to **Tuesday, July 10, 2012**, at 1:30 p.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Whatcott's appearance for this hearing.

    Dated: July 9, 2012

---

    [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.