IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
 a/k/a Michael Scott Smith,
 a/k/a Scott Vasadi, and
2. RAMONA CAMELIA FRICOSU,
 a/k/a Ramona Smith,

 Defendants.

## MINUTE ORDER[1]

On **July 19, 2012**, commencing at 10:00 a.m., the court shall conduct a status conference in this matter. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

 Dated: July 12, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.