IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
    a/k/a Michael Scott Smith,
    a/k/a Scott Vasadi, and
2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendants.

## MINUTE ORDER[1]

    At the oral request of the parties, the motion hearing set for September 6, 2012, on defendant Whatcott's **Motion For Continuance and Excludable Period of Delay** [#316][2] filed July 20, 2012, is **VACATED** and is **CONTINUED** to **October 9, 2012**, at 10:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Whatcott's appearance for this hearing.

    Dated: August 27, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#316]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.