**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      SCOTT ANTHONY WHATCOTT,
      aka Michael Scott Smith,
      aka Scott Vasadi,

      Defendant.

_____

**MINUTE ORDER**[1]
_____

      A Notice of Disposition was filed on February 15, 2013. A Change of Plea hearing is set for **March 1, 2013**, at 8:00 a.m. **Counsel for the parties shall deliver a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than <u>48 hours</u> before the hearing date**. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance.

      **IT IS FURTHER ORDERED** that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the Change of Plea hearing.

      Dated: February 19, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.