**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SCOTT ANTHONY WHATCOTT,
        a/k/a Michael Scott Smith,
        a/k/a Scott Vasadi,

      Defendant.

_____

**MINUTE ORDER**[1]
_____

      On April 9, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing for this defendant.  After conferring with the parties and with their consent,

      **IT IS ORDERED** as follows:

      1.  That on **August 8, 2013**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing.  The court reserves two (2) hours for this hearing; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  April 9, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.